NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE EUGENE HALSEY, IV AND CATHERINE A. GETZ**

.

---

2011-1435
(Serial No. 10/744,522)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

GOKALP BAYRAMOGLU, Law Office of Gokalp Bayramoglu, of Holland, Michigan, argued for appellant.

LYNNE E. PETTIGREW, Associate Solicitor, United States Patent & Trademark Office, of Alexandria, Virginia, argued for appellee.  With her on the brief were RAYMOND T. CHEN, Solicitor, and  BENJAMIN D.M. WOOD, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, PROST, and WALLACH, *Circuit Judges*).
**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 13, 2012 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |